UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEAL D. SECREASE, JR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-00955-JMS-TAB |
| | ) | |
| WESTERN & SOUTHERN LIFE INS. CO., | ) | |
| JUANITA THOMAS, STEVEN BIBI, | ) | |
| KEITH PAYNE, TODD BRUBAKER, | ) | |
| | ) | |
| *Defendants*. | ) | |

### ORDER

On this date the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss. In their reply brief to that motion, Defendants argued that Plaintiff Neal D. Secrease, Jr. filed fraudulent documents with his response brief. [Filing No. 15.] The Court, of course, takes such allegations seriously. Therefore, Mr. Secrease is ordered to **SHOW CAUSE** as to why he should not be sanctioned for submitting fraudulent documents to the Court. So that Mr. Secrease will have the opportunity to respond, the Court sets this matter for a hearing on **December 17, 2014** at **11:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204. Both parties must attend the hearing. Defendants should be prepared to establish the evidentiary basis for their allegations that Mr. Secrease submitted fraudulent documents. Likewise, Mr. Secrease should be prepared to present evidence responding to Defendants' allegations. Failure to attend the hearing may result in sanctions up to and including dismissal or default.

December 3, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via U.S. Mail:**

NEAL D. SECREASE, JR.
5589 S. 350E
CUTLER, IN 46920

**Distribution via ECF to all counsel of record**