UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEAL D. SECREASE, JR., <br>     *Plaintiff*, <br> <br>     *vs.* <br> <br> WESTERN & SOUTHERN LIFE INS. CO., <br> JUANITA THOMAS, STEVEN BIBI, KEITH <br> PAYNE, TODD BRUBAKER, <br>     *Defendants*. | 1:14-cv-00955-JMS-TAB |

### **ORDER**

On December 17, 2014, the Court held a hearing regarding the Court's Show Cause Order. Plaintiff Neal D. Secrease Jr. was present and represented himself pro se, and Defendants were present by counsel Michael Palmer. The court reporter was Jean Knepley.

Defendants alleged that Mr. Secrease submitted fraudulent documents to the Court in conjunction with his response to Defendants' Motion to Dismiss. Therefore, the Court ordered the parties to attend this hearing so that Defendants could establish the evidentiary basis for their allegations, and to provide Mr. Secrease the opportunity to present evidence and otherwise respond to Defendants' allegations. [[Filing No. 20](Filing No. 20).] Both parties presented evidence and witnesses. Witness Cynthia Williams from Western & Southern Life Insurance Company, Mr. Secrease and Edith Carol Secrease testified.

The Court did not render a decision at the hearing, as Mr. Secrease requested time to submit additional evidence. Both parties are permitted to submit additional evidence in support of their positions by **December 24, 2014**. Each party may then submit a response to the other parties' evidence by **December 31**. The response may include argument as to the effect of the evidence

presented both at the hearing and in any supplement, as well as any argument as to how the Court should proceed.   Any response is limited to 10 pages in length.

December 18, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record.**

Copy by U.S. Mail to:
Neal D. Secrease, Jr.
Cutler, IN 46920